IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DR. PINGHUA WANG,

    Plaintiff,

      v.

GEORGIA HIGHLANDS COLLEGE, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-1280-TWT

ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 34] of the Magistrate Judge recommending that the Defendants' Motion to Dismiss [Doc. 4] be denied and that the Plaintiff's Motion for Default Judgment [Doc. 25] be denied. The Plaintiff's objections to the Magistrate Judge handling pretrial matters in this Title VII case are overruled. The Plaintiff is ordered to follow all directions of the assigned Magistrate Judge and to obey all of her Orders. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss [Doc. 4] and the Plaintiff's Motion for Default Judgment [Doc. 25] are DENIED.

SO ORDERED, this 31 day of July, 2012.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge