IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DR. PINGHUA WANG,

   Plaintiff,

     v.

GEORGIA HIGHLANDS COLLEGE, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-1280-TWT

### ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 56] of the Magistrate Judge recommending denying the Plaintiff's Motion for Default Judgment [Doc. 52]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Motion for Default Judgment [Doc. 52] is DENIED.

SO ORDERED, this 30 day of October, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Wang\r&r2.wpd