IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DR. PINGHUA WANG,

   Plaintiff,

     v.

GEORGIA HIGHLANDS COLLEGE, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-1280-TWT

ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 90] of the Magistrate Judge recommending granting the Defendants' Motion to Dismiss [Doc. 81] for want of prosecution. In her objections, the Plaintiff fails to provide any excuse for her failure to attend the status conference or her deposition. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss [Doc. 81] is GRANTED.

SO ORDERED, this 19 day of March, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Wang\r&r3.wpd